Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Luis Castro, et al., <br><br> Defendant. | CASE NO. 5:11-cv-05468-RMW <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT LUIS CASTRO, individually and d/b/a CASTRO BAKERY |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant LUIS CASTRO, individually and d/b/a CASTRO BAKERY, that the above-entitled action is hereby dismissed **without prejudice** against LUIS CASTRO, individually and d/b/a CASTRO BAKERY, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by April 1, 2013 the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 12, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

Please see attached.
**LUIS CASTRO**
individually and d/b/a CASTRO BAKERY
(Defendant)

**IT IS SO ORDERED:**

*Ronald M. Whyte*

Dated: _____

The Honorable Ronald M. Whyte
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
PAGE 2

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2  Each Party referenced above shall bear its own attorneys' fees and costs.

Dated: February 12, 2013

Please see attached.
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: GBFI BFH

*/s/ Luis Castro*

LUIS CASTRO
individually and d/b/a CASTRO BAKERY
(Defendant)

**IT IS SO ORDERED:**

Dated: 2/14/13

_____
The Honorable Ronald M. Whyte
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 12, 2013, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS LUIS CASTRO, individually and d/b/a CASTRO BAKERY**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Luis Castro                    (Defendant)
1011 Broadway Street, #A
King City, CA 93930

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 12, 2013 at South Pasadena, California.

Dated: February 12, 2013

MARIA BAIRD