1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net
6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10 | J & J Sports Productions, Inc.,      | CASE NO. 5:11-cv-05468-RMW
11 |                                      |
12 |              Plaintiff,              | STIPULATION OF DISMISSAL OF
   |                                      | PLAINTIFF'S COMPLAINT
13 |        vs.                           | AGAINST DEFENDANT LUIS
14 |                                      | CASTRO, individually and d/b/a
15 | Luis Castro, et al.,                 | CASTRO BAKERY
16 |              Defendant.              |

17
18     IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS
19 PRODUCTIONS, INC. and Defendant LUIS CASTRO, individually and d/b/a
20 CASTRO BAKERY, that the above-entitled action is hereby dismissed **without**
21 **prejudice** against LUIS CASTRO, individually and d/b/a CASTRO BAKERY, and
22 subject to the Court's jurisdiction to enforce the settlement agreement reached between
23 the Parties.
24     IT IS FURTHER STIPULATED that provided no Party referenced above
25 has filed a motion to reopen this action by April 1, 2013 the dismissal shall be
26 deemed to be **with prejudice**.
27 ///
28

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 12, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

Please see attached.
**LUIS CASTRO**
individually and d/b/a CASTRO BAKERY
(Defendant)

IT IS SO ORDERED:

*Ronald M. Whyte*                     Dated: H❶❶H

The Honorable Ronald M. Whyte
United States District Court
Northern District of California

1 |   This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2 | Each Party referenced above shall bear its own attorneys' fees and costs.
3 |
4 |
5 |
6 |
7 | Dated: February 12, 2013    <u>Please see attached.</u>
             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
8 |               By: Thomas P. Riley
              Attorneys for Plaintiff
9 |               J & J SPORTS PRODUCTIONS, INC.
10 |
11 |
12 |
13 | Dated: 2/11/13
14 |              **LUIS CASTRO**
15 |              individually and d/b/a CASTRO BAKERY
             (Defendant)
16 |
17 |
18 |
19 |
20 |
21 |
22 | **IT IS SO ORDERED:**
23 |
24 |
25 |                  Dated: 2/14/13
26 | _____
  The Honorable Ronald M. Whyte
27 |   United States District Court
  Northern District of California
28 |

STIPULATION OF DISMISSAL
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 12, 2013, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS LUIS CASTRO, individually and d/b/a CASTRO BAKERY**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Luis Castro                    (Defendant)
1011 Broadway Street, #A
King City, CA 93930

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 12, 2013 at South Pasadena, California.

Dated: February 12, 2013

_____
MARIA BAIRD

STIPULATION OF DISMISSAL
PAGE 3